■ NICHOLAS E. CAROLLO, Respondent-Appellant, v TOWN OF COLDEN et al., Respondents, and HOLLAND CENTRAL SCHOOL DISTRICT et al., Appellants. [816 NYS2d 398]—Motion and cross motion for reargument or, in the alternative, leave to appeal to

the Court of Appeals denied. Present—Kehoe, J.P., Martoche, Smith, Pine and Hayes, JJ.